COURT OF APPEALS OF VIRGINIA

Present:  Judges Frank, Alston and Senior Judge Coleman

BARBARA ANN BRIGHT

v.       Record No. 0466-09-3

NORTON COMMUNITY HOSPITAL, INC. AND
   OLD REPUBLIC INSURANCE COMPANY

MEMORANDUM OPINION[*]
PER CURIAM
SEPTEMBER 1, 2009

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(D. Allison Mullins; Lee & Phipps. P.C., on brief), for appellant.

(Ramesh Murthy; Penn, Stuart & Eskridge, on brief), for appellees.

Barbara Ann Bright appeals a decision of the Workers' Compensation Commission finding that (1) her due process rights were not violated by not allowing an evidentiary hearing; (2) *res judicata* barred her claim; and (3) her neck injury was not related to her original injury.

We have reviewed the record and the commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the reasons stated by the commission in its final opinion.  See Bright v. Norton Community Hospital, Inc., VWC File No. 232-89-27 (Jan. 26, 2009).  We dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.

---

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.